UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERESA WILLIAMS,

        Plaintiff,                  Case No. 2:23-cv-00032-HYJ-MV

v.                                   Hon. Hala Y. Jarbou

IRON MOUNTAIN, CITY OF, et al.,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:             October 17, 2023   10:30 AM
Magistrate Judge:    Maarten Vermaat
Place/Location:       by telephone

*Counsel will use the Court's conference line: 866-434-5269, Access Code 6087272*

                                            MAARTEN VERMAAT
                                            U.S. Magistrate Judge

Dated:  September 14, 2023       By:   /s/ C. A. Moore_____
                                                   Courtroom Deputy