UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERESA WILLIAMS,   Case No. 2:23-cv-32

        Plaintiff,   Hon. Hala Y. Jarbou
v.   Chief U.S. District Judge

CITY OF IRON MOUNTAIN, et al.,

        Defendants.
_____/

**AMENDED CASE MANAGEMENT ORDER**

Pursuant the stipulated order to extend scheduling order deadlines (ECF No. 35), the parties will be subject to the following deadlines and limits:

| | | |
|---|---|---|
| Trial Date<br>Before Hon. Paul L. Maloney<br>Marquette, Michigan | | October 7, 2024<br>8:45 a.m. |
| Jury or Non-Jury | | Jury |
| Estimated Length of Trial | | 7 days[1] |
| Disclose Name, Address and Area of Expertise of Expert Witnesses (Rule 26(a)(2)(A)) | Plaintiff:<br>Defendant: | December 16, 2023<br>January 16, 2024 |
| Disclosure of Expert Reports<br>Rule 26(a)(2)(B) or 26(a)(2)(C) | Plaintiff:<br>Defendant: | January 16, 2024<br>February 16, 2024 |
| Completion of Discovery | | February 16, 2024 |
| Dispositive Motions | | March 15, 2024 |
| Motions in Limine | | September 11, 2024 |
| Settlement Conference | | September 11, 2024<br>9:30 a.m. |
| Final Pretrial Conference | | September 25, 2024<br>1:30 p.m. |
| ADR To Take Place On or Before: | | To be discussed at next status conference |

---

[1] The parties shall be prepared to discuss the likely length of trial at the next status conference. The parties are advised that trials projected to last more than 5 workdays may not be triable in Marquette and may be moved to one of the federal courthouses in the Southern Division.

All other provisions in the original Case Management Order (ECF No. 12) remain in effect.

IT IS SO ORDERED.

Date: October 17, 2023    /s/ *Maarten Vermaat*
　　　　　　　　　　　　　　　　Maarten Vermaat
　　　　　　　　　　　　　　　　United States Magistrate Judge