UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:23-cv-32-HYJ | 10/17/2023 | 10:31 am – 10:57 am | Maarten Vermaat |

## CASE CAPTION

Teresa Williams v City of Iron Mountain, et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jack Schulz | Plaintiff |
| Gregory Grant | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Telephonic status conference.

Plaintiff to file a motion regarding excluding parties from portions of depositions.

CMO deadlines to be extended.

Portions of the proceedings recorded on the Bridgeline
Courtroom Deputy:  C.A. Moore