UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERESA WILLIAMS,

        Plaintiff,

v

CITY OF IRON MOUNTAIN, IRON MOUNTAIN POLICE DEPARTMENT, ED MATTSON, in his individual and official capacities, JOSEPH DUMAIS, in his individual and official capacities, and GARTH BUDEK, in his individual and official capacities, jointly and severally,

        Defendants.

HON. HALA Y. JARBOU
U.S. DISTRICT COURT JUDGE

FILE NO. 2:23-cv-32-HYJ-MV MAG.

JUDGE MAARTEN VERMAAT

_____/

Jack W. Schulz (P78078)
Amanda M. Ghannam (P83065)
SCHULZ GHANNAM PLLC
Attorneys for Plaintiff
645 Griswold Street, Ste. 4100
Detroit, MI 48226
(313) 788-7446
jack@michiganworkerlaw.com
amanda@michiganworkerlaw.com

Gregory R. Grant (P68808)
Kristen L. Rewa (P73043)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Defendants
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com
krewa@cmda-law.com

_____/

**STIPULATION OF DISMISSAL OF CERTAIN COUNTS WITH PREJUDICE**

    Plaintiff filed her Complaint on February 13, 2023, (ECF No. 1). Plaintiff agreed to dismiss certain Defendants and/or certain counts per agreement of all parties.

    IT IS HEREBY STIPULATED by and between the respective parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the following:

1. Defendant Iron Mountain Police Department is dismissed. The City of Iron Mountain is the proper party.

2. Title VII claims under Count II, III and IV against Defendants Mattson, Dumais, and Budek are dismissed. These claims remain as against the City of Iron Mountain.

3. Count VII is dismissed as to all Defendants.

The above-referenced claims are dismissed with prejudice and for all purposes, with each party to bear its own costs. The case continues as to all other remaining Counts.

SIGNED and ENTERED this 11th day of March, 2024.

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED:

Jack Schulz w/ permission by KLR
Jack W. Schulz (P78078)
Amanda M. Ghannam (P83065)
Attorneys for Plaintiff


Gregory R. Grant (P68808)
Kristen L. Rewa (P73043)
Attorneys for Defendants