UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**TERESA WILLIAMS,**

        Plaintiff,

vs.

Case No. 2:23-cv-32

Hon. Hala Y. Jarbou
Mag. Judge Maarten Vermaat

**CITY OF IRON MOUNTAIN,**
**IRON MOUNTAIN POLICE DEPARTMENT,**
**ED MATTSON,** in his individual and official capacities,
**JOSEPH DUMAIS,** in his individual and official capacities,
and **GARTH BUDEK,** in his individual and official capacities,
jointly and severally,

        Defendants.

_____/

| | |
|---|---|
| Jack W. Schulz (P78078) | Gregory R. Grant (P68808) |
| SCHULZ GHANNAM PLLC | Kristen L. Rewa (P73043) |
| 645 Griswold St Ste 4100 | CUMMINGS, McCLOREY, DAVIS |
| Detroit, MI, 48226 | & ACHO, P.L.C. |
| (313) 788-7446 | 310 W. Front Street, Ste. 221 |
| jack@michiganworkerlaw.com | Traverse City, MI 49684 |
| *Attorneys for Plaintiff* | (231) 922-1888/(231) 922-9888 Fax |
| | ggrant@cmda-law.com |
| | krewa@cmda-law.com |
| | *Attorneys for Defendants* |

_____/

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

    This matter, having come before the Court upon stipulation of the Parties through their respective counsel, and the Court being fully advised in the premises:

    Plaintiff has requested a 3 day extension of time to respond to Defendants' Motion for Summary Judgment due to scheduling conflicts and the Defendants have agreed. As such,

Plaintiff's Response to Defendants' Motion for Summary Judgment will be due April 15, 2024.

IT IS HEREBY ORDERED that the deadline for Plaintiff's Response to Defendants' Motion for Summary Judgment is extended to April 15, 2024.

IT IS HEREBY ORDERED.

Dated: April 3, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

Approved and Stipulated to by:

/s/ Jack W. Schulz
Jack W. Schulz (P78078)
SCHULZ LAW PLC
PO Box 44855
Detroit, MI 48244
(313) 246-3590
jackwschulz@gmail.com
*Attorney for Plaintiff*

/s/ Kristen L. Rewa (w/ permission)
Gregory R. Grant (P68808)
Kristen L. Rewa (P73043)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com
krewa@cmda-law.com
*Attorneys for Defendants*