UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**TERESA WILLIAMS,**

        Plaintiff,

vs.

Case No. 2:23-cv-32

Hon. Hala Y. Jarbou
Mag. Judge Maarten Vermaat

**CITY OF IRON MOUNTAIN,**
**IRON MOUNTAIN POLICE DEPARTMENT,**
**ED MATTSON,** in his individual and official capacities,
**JOSEPH DUMAIS,** in his individual and official capacities,
and **GARTH BUDEK,** in his individual and official capacities,
jointly and severally,

        Defendants.

_____/

| | |
|---|---|
| Jack W. Schulz (P78078)<br>SCHULZ GHANNAM PLLC<br>645 Griswold St Ste 4100<br>Detroit, MI, 48226<br>(313) 788-7446<br>jack@michiganworkerlaw.com<br>*Attorneys for Plaintiff* | Gregory R. Grant (P68808)<br>Kristen L. Rewa (P73043)<br>CUMMINGS, McCLOREY, DAVIS<br>& ACHO, P.L.C.<br>310 W. Front Street, Ste. 221<br>Traverse City, MI 49684<br>(231) 922-1888/(231) 922-9888 Fax<br>ggrant@cmda-law.com<br>krewa@cmda-law.com<br>*Attorneys for Defendants* |

_____/

## STIPULATED ORDER EXTENDING TIME TO SUBMIT DISMISSAL PAPERS

This matter, having come before the Court upon stipulation of the Parties through their respective counsel, and the Court being fully advised in the premises:

On June 16, 2024, the Court issued an order instructing the Parties to submit

dismissal papers by the July 15, 2024, and/or otherwise provide good cause for an extension, or the case would proceed to trial as scheduled. (ECF No 78). The Parties have reached settlement in principal, however, the proposed settlement required approval by Iron Mountain City Council.  During this period, the parties have worked diligently to finalize the settlement. As part of settlement, Plaintiff has requested, and Defendants have agreed, to withhold dismissal until settlement funds are distributed and the terms of the settlement agreement are fulfilled. For this reason, the Parties seek and additional thirty (30) days to submit their dismissal papers.

On July 15, 2024, the Parties contacted chambers to inform the Court of this issue and were instructed to submit the present proposed stipulation.

IT IS HEREBY ORDERED that the deadline for the Parties to submit dismissal papers, pursuant to the terms of the Court's June 16, 2024, Order has is extended to August 16, 2024.

IT IS HEREBY ORDERED.

Date: July 16, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

Approved and Stipulated to by:

/s/ Jack W. Schulz
Jack W. Schulz (P78078)
SCHULZ LAW PLC
PO Box 44855

/s/ Gregory R. Grant (w/ permission)
Gregory R. Grant (P68808)
Kristen L. Rewa (P73043)
CUMMINGS, McCLOREY, DAVIS &

Detroit, MI 48244  
(313) 246-3590  
jackwschulz@gmail.com  
*Attorney for Plaintiff*

ACHO, P.L.C.  
310 W. Front Street, Ste. 221  
Traverse City, MI 49684  
(231) 922-1888/(231) 922-9888 Fax  
ggrant@cmda-law.com  
krewa@cmda-law.com  
*Attorneys for Defendants*