UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**TERESA WILLIAMS,**

     Plaintiff,

vs.

Case No. 2:23-CV-00032

Hon. Hala Y. Jarbou
Mag. Judge Maarten Vermaat

**CITY OF IRON MOUNTAIN,**
**ED MATTSON,** in his individual and official capacities,
**JOSEPH DUMAIS,** in his individual and official capacities,
and **GARTH BUDEK,** in his individual and official capacities,
jointly and severally,

     Defendants.

_____/

| | |
|---|---|
| Jack W. Schulz (P78078) | Gregory R. Grant (P68808) |
| Amanda M. Ghannam (P83065) | Kristen L. Rewa (P73043) |
| SCHULZ GHANNAM PLLC | CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C. |
| 645 Griswold St Ste 4100 | 310 W. Front Street, Ste. 221 |
| Detroit, MI, 48226 | Traverse City, MI 49684 |
| (313) 788-7446 | (231) 922-1888/(231) 922-9888 Fax |
| jack@michiganworkerlaw.com | ggrant@cmda-law.com |
| *Attorneys for Plaintiff* | krewa@cmda-law.com |
| | *Attorneys for Defendants* |

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties in the above-captioned matter, by and through their undersigned counsel, and this Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice and without costs or fees imposed on any party.

**IT IS SO ORDERED.**

Dated: July 26, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATED AS TO FORM AND CONTENT:**

| | |
|---|---|
| */s/ Jack W. Schulz* | */s/ Gregory R. Grant (w/consent)* |
| Jack W. Schulz (P78078) | Gregory R. Grant (P68808) |
| SCHULZ LAW PLC | Kristen L. Rewa (P73043) |
| 645 Griswold St Ste 4100 | CUMMINGS, McCLOREY, DAVIS |
| Detroit, MI, 48226 | & ACHO, P.L.C. |
| (313) 246-3590 | 310 W. Front Street, Ste. 221 |
| jackwschulz@gmail.com | Traverse City, MI 49684 |
| Attorneys for Plaintiff | (231) 922-1888/(231) 922-9888 Fax |
| | ggrant@cmda-law.com |
| | krewa@cmda-law.com |
| | *Attorneys for Defendants* |